(Rev. 03/05)

# United States District Court
## Northern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>Juan Rodriguez ) | Case Number: 05-CR-209-2<br>Judge: Charles R. Norgle |

Gerald J. Collins, Defendant's Attorney
Thomas D. Shakeshaft, AUSA

INS #:    A96051676

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

THE DEFENDANT ENTERED A PLEA OF:

guilty to Count(s) One of the Indictment, which was accepted by the court.

Count(s) any remaining is/are dismissed on the motion of the United States.

**FILED**

OCT 0 5 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

THE DEFENDANT IS CONVICTED OF THE OFFENSES(S) OF:

| Title & Section | Description of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute heroin and cocaine | 3/3/2005 | One |

The defendant is sentenced as provided in the following pages of this judgment.

DEFENDANT DELIVERED ON 09-28-2006
TO BSCC BIG SPRING, TEXAS BY AIRLIFT,
BUS, USM, SELF COMMITMENT.

_____, WARDEN
_____, LIE

_Laura Spurge_ (signature)

JUL - 7 2006